IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIX COLON, | No. CIV S-10-0187-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| C. WILSON, et al., | |
| Defendants. | |
| _____/ | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's request for leave to proceed in forma pauperis (Doc. 5).  Plaintiff's complaint will be addressed separately.

       Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  The request to proceed in forma pauperis will, therefore, be granted.

       Accordingly, IT IS HEREBY ORDERED that:

       1.    Plaintiff's motion for leave to proceed in forma pauperis (Doc. 5) is granted;

       2.    Plaintiff is required to pay the full statutory filing fee of $350.00 for this action pursuant to 28 U.S.C. §§ 1914(a) and 1915(b)(1);

1        3.     No initial partial filing fee will be assessed pursuant to 28 U.S.C.
2 § 1915(b)(1); and
3        4.     Plaintiff will be obligated for monthly payments of twenty percent of the
4 preceding month's income credited to plaintiff's inmate trust account, such payments to be
5 forwarded by the appropriate agency to the Clerk of the Court each time the amount in plaintiff's
6 account exceeds $10.00, until the statutory filing fee is paid in full, pursuant to 28 U.S.C.
7 § 1915(b)(2).

  DATED: February 10, 2010

                                                       **CRAIG M. KELLISON**
                                                       UNITED STATES MAGISTRATE JUDGE