1

2

3

4

5

6

7

8          **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11    FELIX COLON,                                    No. CIV S-10-0187-CMK-P

12              Plaintiff,

13         vs.                                        ORDER

14    C. WILSON, et al.,

15              Defendants.

16    _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42

18    U.S.C. § 1983.  For cases such as this, which are based on federal question jurisdiction, the

19    federal venue statute requires that the action be brought only in "(1) a judicial district where any

20    defendant resides, if all defendants reside in the same State, (2) a judicial district in which a

21    substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

22    of property that is the subject of the action is situated, or (3) a judicial district in which any

23    defendant may be found, if there is no district in which the action may otherwise be brought."  28

24    U.S.C. § 1391(b).

25    / / /

26    / / /

1

1    Here, the claim(s) substantially arose in Monterey County, which is within the

2    boundaries of the United States District Court for the Northern District of California.  Plaintiff

3    claims that, while he was housed at Salinas Valley State Prison in 2007, his mother and fiancé

4    were subjected to inappropriate body searches by various prison officials.  According to plaintiff,

5    his mother and fiancé were told that the searches were required before any visitation could be

6    allowed because officials had received a confidential tip that they were attempting to smuggle

7    contraband into the prison.  Plaintiff states that he did not learn about the body searches until

8    sometime in 2009.  He claims that, since learning of the inappropriate searches, he experiences

9    "intense headaches with pain on one side of the head, accompanied by tearing of the eye and

10   runny nose on one side."  Finally, plaintiff claims that other prison officials at Mule Creek State

11   Prison (where he was incarcerated when he learned of the events from 2007) have obstructed the

12   appeals process by improperly handling his inmate grievances.  Because plaintiff's claims largely

13   arise out of actions which took place at Salinas Valley State Prison, which is located in Monterey

14   County, the court finds that this action most appropriately proceeds in Northern District.  In the

15   interest of justice, the court will transfer this case.  See 28 U.S.C. § 1406(a).  The court expresses

16   no opinion in this order whether plaintiff's claims are cognizable as that decision is properly for a

17   judge of the Northern District to make in the first instance.

18          Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

19   United States District Court for the Northern District of California.

20

21    DATED:  May 24, 2010

22

23   _____
     CRAIG M. KELLISON
     UNITED STATES MAGISTRATE JUDGE

24

25

26

2